IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| EDWARD SI, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 2:21cv467 (RCY) |
| ALFRED ABUMAHAD, *et al.*, | ) |
| Defendants. | ) |

**FINAL ORDER**

This matter is before the Court on the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (ECF No. 8), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: December 3, 2021